**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Re: Steven Jamison                                                                           BK No.: 25 -10497 – amc

**Motion to Extend the Automatic Stay**

Debtor, Steven Jamison, hereby moves this Court for an order extending the Automatic Stay pursuant to 11 U.S.C. §362.  In support of its motion, Debtor avers as follows:

1. On April 23, 2024, Debtor filed a chapter 13 bankruptcy.

2. Thereafter by inadvertent error, Debtor's Chapter 13 bankruptcy was dismissed.

3. Debtor then moved to reinstate his Chapter 13 bankruptcy but withdrew its motion as Debtor was unable to catch up on Chapter 13 plan payments.

4. On February 6, 2025, Debtor filed a new Chapter 13 bankruptcy.

5. Debtor's bankruptcy is more likely to be successful because the Debtor has supplemented his income by taking a housemate.

Wherefore, Debtor respectfully requests that this Court extend the Automatic Stay pursuant to 11 U.S.C §362.

                                                                                        Respectfully Submitted:

Date: February 7, 2025                                          /s/ Demetrius J. Parrish, Jr.
                                                                                        Demetrius J. Parrish, Jr., Esquire (Pa 57512)
                                                                                        Attorney for Debtor
                                                                                        7715 Crittenden Street, No. 360
                                                                                        Philadelphia, Pa. 19118
                                                                                        (215) 735 – 3377/(215) 827 – 5420 fax
                                                                                        Email: djpesq@gmail.com