**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Re: Steven Jamison                                             BK No.: 25 -10497 – amc

**ORDER**

And now this _____ day of _____, 2025 upon review of Debtor's Motion to Extend the Automatic Stay and any response thereto it is hereby ORDERED and DECREED that said Motion is GRANTED.

**Date: March 6, 2025**

_____
Ashely M. Chan, U.S. Bankruptcy Judge